In the Matter of EDWARD KOEHL, Appellant, v JOHN LEMPKE, Superintendent, Five Points Correctional Facility, Respondent.

Decided June 5, 2012

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution.

---

DEBORAH RAE LAMB et al., Appellants, v GOVERNOR FOR NEW YORK STATE et al., Respondents.

Submitted April 9, 2012; decided June 5, 2012

Motion for reconsideration of this Court's February 21, 2012 dismissal order denied [see 18 NY3d 920 (2012)]. Motion for a stay dismissed as academic.

---

MARKO S., Also Known as MARKO ALEXANDER S., Also Known as MARKO A., Respondent, v HEATHER S., Also Known as HEATHER KIM S., Appellant.

Submitted April 9, 2012; decided June 5, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.